■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE RIVIN THOMAS, Appellant.— Memorandum: The application for post-conviction relief relating to an alleged confession made by appellant prior to his entry of a guilty plea must be made in the first instance to the court of original jurisdiction (Monroe County Court) and not to this court as appellant has done. (Appeal from judgment of Monroe County Court, convicting defendant of assault second degree.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ In the Matter of the Arbitration between ROBERT COLESTOCK, Appellant, and UTICA MUTUAL INSURANCE COMPANY, Respondent.— Memorandum: Special Term erred in vacating appellant's demand for arbitration and staying further proceedings. Its reliance on *MVAIC* v. *Eisenberg* (18 N Y 2d 1) was misplaced. The uncontroverted proof establishes that claimant's vehicle was struck by a "hit-and-run automobile" within the meaning of the policy provision. (Appeal from order of Chautauqua Special Term, staying arbitration and vacating demand for arbitration.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.